**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7766**

_____

RAYMOND ZAWODNY,

Petitioner - Appellant,

versus

EARL BESHEARS, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  M. J. Garbis, District Judge.  (CA-95-
1028-MJG)

_____

Submitted:  January 9, 1997        Decided:  January 24, 1997

_____

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Raymond Zawodny, Appellant Pro Se.  Tarra R. DeShields-Minnis,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Zawodny seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Zawodny v. Beshears, No. CA-95-1028-MJG (D. Md. Oct. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2